NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BARTLETT, | |
| Plaintiff, | Civil Case No. 10-3882 (FSH) |
| v. | **STANDING ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING REMOVAL** |
| RADIO SHACK CORP., et al., | |
| Defendants. | Date: August 4, 2010 |

**HOCHBERG, District Judge**

Upon removal of the action and for good cause, the Court hereby orders the removing Defendants **by August 18, 2010** to serve and file a submission providing the below information. Plaintiff must <u>also</u> serve and file a submission responding to point #5 below **by August 18, 2010** if Defendants are asserting diversity jurisdiction:

1. A full explanation if all Defendants served at the time of removal did not join in the notice of removal.

2. A full explanation if the notice of removal was dated more than thirty (30) days after the first Defendant was served.

3. If the action has been removed on grounds of diversity jurisdiction, a statement if any of the Defendants served at the time of removal is a citizen of the forum state.

4. If the action has been removed on grounds of diversity jurisdiction, the citizenship of Plaintiff and all named Defendants.

1

5. If the action has been removed on grounds of diversity jurisdiction, <u>both parties</u> must submit a good faith estimate of the amount in controversy with supporting documentation.

6. If the action has been removed on the basis of federal question jurisdiction, the federal statutory provision that gives rise to the jurisdiction and the <u>specific</u> section that provides Plaintiff with a private right of action.

If the Plaintiff has a response to Defendants' submission, such response shall be filed and served **by August 25, 2010.** Any motion to remand the action to state court based on any procedural defects in the removal must be filed, if at all, thirty (30) days after removal or sooner. *See* 28 U.S.C. § 1447(c).

                IT IS SO ORDERED.

                  /s/ **Hon. Faith S. Hochberg**
                Hon. Faith S. Hochberg, U.S.D.J.